FILED
00 MAR 10 PM 4: 15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SHERRILL BRYANT, WANDA SHOEMAKER, and VICKI WRIGHT, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | CIVIL ACTION NO. 99-JEO-1472-NE |
| ) | |
| JACKSON COUNTY HEALTHCARE AUTHORITY d/b/a JACKSON COUNTY HOSPITAL; ER PHYSICIAN'S GROUP, P.C., and RONALD GRAHAM, D.O., ) ) ) ) ) | |
| Defendants. ) | |

ENTERED
MAR 10 2000

## MEMORANDUM OPINION

Plaintiffs Sherrill Bryant, Wanda Shoemaker, and Vicki Wright ("the plaintiffs") have filed this action, asserting various claims against defendants Jackson County Healthcare Authority, doing business as the Jackson County Hospital, ER Physicians Group ("the ER Group"), and Dr. Ronald Graham. On October 19, 1999, the magistrate judge assigned this case entered a Report and Recommendation, finding that the "Defendant ER Physicians Group's Motion to Dismiss" (doc. 13) be granted as to the plaintiffs' Title VII claims in Count I against the ER Group and denied without prejudice as to the other defenses asserted to allow the defendants to advance the jurisdictional challenges in the renewed motion to dismiss (doc. 25) that was filed after the plaintiffs' amended their complaint. Neither party filed any objections to the Report and Recommendation.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby

39

adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, the ER Group's motion to dismiss (doc. 13) is due to be granted in part as to the plaintiffs' Title VII claims against the ER Group in Count I and denied in part without prejudice to allow the defendant to advance its remaining jurisdictional challenges in the renewed motion to dismiss (doc. 25) that was filed after the plaintiffs' amended their complaint. An appropriate order will be entered.

**DONE**, this 10th day of March, 2000.

U. W. CLEMON
UNITED STATES DISTRICT JUDGE